# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
WALTER, ROBERT MICHAEL                    §        Case No. 08-70717 SCS
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $           , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Tom C. Smith, Trustee _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-70717    SCS    Judge: STEPHEN C. ST.JOHN | Trustee Name:    Tom C. Smith, Trustee |
| Case Name: | WALTER, ROBERT MICHAEL | Date Filed (f) or Converted (c):    03/04/08 (f) |
| | | 341(a) Meeting Date:    04/03/08 |
| For Period Ending:  08/11/13 | | Claims Bar Date:    09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 8517 PINEVIEW ROAD, SUFFOLK, VA-2,800 SQUARE FOOT | 499,000.00 | 7,000.00 | | 177,500.00 | FA |
| 2. 8521 PINEVIEW ROAD, SUFFOLK, VA- 4.5 ACRES, 3 BEDR | 120,000.00 | 120,000.00 | | 0.00 | FA |
| 3. 8525 PINEVIEW ROAD, SUFFOLK, VA- 7 ACRES, 3 BEDROO | 205,000.00 | 105,000.00 | | 0.00 | FA |
| 4. BB&T CHECKING | 37.27 | 0.00 | | 0.00 | FA |
| 5. VIRGINIA BEACH SCHOOLS FEDERAL CREDIT UNION SHARES | 25.00 | 0.00 | | 0.00 | FA |
| 6. 1 WASHER AND DRYER: 8517 PINEVIEW ROAD, SUFFOLK, V | 600.00 | 600.00 | | 0.00 | FA |
| 7. 1 SECTIONAL SOFA: 8517 PINEVIEW ROAD, SUFFOLK, VA- | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8. DELL COMPUTER & DESK PRINTER: 8517 PINEVIEW ROAD, | 500.00 | 500.00 | | 0.00 | FA |
| 9. REFRIDGERATOR: 8517 PINEVIEW ROAD, SUFFOLK, VA- PR | 400.00 | 400.00 | | 0.00 | FA |
| 10. 1 FORMAL SOFA: 8517 PINEVIEW ROAD, SUFFOLK, VA- PR | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 11. SONY CAMCORDER: 8517 PINEVIEW ROAD, SUFFOLK, VA- P | 300.00 | 150.00 | | 0.00 | FA |
| 12. 1 LOT OF POTS, PANS, SILVERWARE, CUTLERY AND FOOD | 500.00 | 500.00 | | 0.00 | FA |
| 13. POOL FURNITURE: 8517 PINEVIEW ROAD, SUFFOLK, VA- P | 500.00 | 500.00 | | 0.00 | FA |
| 14. PROFESSIONAL BAND EQUIPMENT: 4 CHANNEL MIX BOARD & | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 15. LES PAUL SUNBURST GUITAR: 8517 PINEVIEW RD, SUFFOL | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 16. WALNUT SECRETARY: 8517 PINEVIEW RD, SUFFOLK, VA- P | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 17. TWO OAK SECRETARIES: 8517 PINEVIEW RD, SUFFOLK, VA | 600.00 | 600.00 | | 0.00 | FA |
| 18. OAK DRESSER AND WASH STAND: 8517 PINEVIEW RD, SUFF | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 19. 3-PIECE PINE DESK SOFA TABLE AND CUPBOARD: 8517 PI | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 20. OAK BONNET CHEST: 8517 PINEVIEW RD, SUFFOLK, VA- P | 4,000.00 | 2,000.00 | | 0.00 | FA |
| 21. SECTIONAL SOFA: 8517 PINEVIEW RD, SUFFOLK, VA- PRO | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 22. OAK BUFFET: 8517 PINEVIEW RD, SUFFOLK, VA- PROPERT | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 23. EIGHT NO. 1 LARKING CHAIRS AND 2 ARM CHAIRS: 8517 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 24. 54" CLAW FOOT ROUND OAK TABLE WITH FOUR LEAFS: 851 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 25. OAK BUFFET, FRENCH FORMAL: 8517 PINEVIEW RD, SUFFO | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 26. CEDAR DECK BOX: 8517 PINEVIEW RD, SUFFOLK, VA- PRO | 500.00 | 500.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 08-70717 | SCS | Judge: STEPHEN C. ST.JOHN | Trustee Name: | Tom C. Smith, Trustee |
| Case Name: | WALTER, ROBERT MICHAEL | | | Date Filed (f) or Converted (c): | 03/04/08 (f) |
| | | | | 341(a) Meeting Date: | 04/03/08 |
| | | | | Claims Bar Date: | 09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. PIE SAFE: 8517 PINEVIEW RD, SUFFOLK, VA- PROPERTY | 600.00 | 300.00 | | 0.00 | FA |
| 28. OAK PUB TABLE: 8517 PINEVIEW RD, SUFFOLK, VA- PROP | 800.00 | 800.00 | | 0.00 | FA |
| 29. BIRD'S EYE MAPLE SERPENTINE DRESSER: 8517 PINEVIEW | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 30. LENOX CHRISTMAS PLATES, 12 PLACE SETTINGS: 8517 PI | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 31. GRANDFATHER CLOCK: 8517 PINEVIEW RD, SUFFOLK, VA- | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 32. FOUR WASH STANDS: 8517 PINEVIEW RD, SUFFOLK, VA- P | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 33. CORNER CHAIR-CLAW FEET TAPESTRY: 8517 PINEVIEW RD, | 600.00 | 600.00 | | 0.00 | FA |
| 34. COFFEE TABLE-CLAW FEET, WALNUT: 8517 PINEVIEW RD, | 400.00 | 400.00 | | 0.00 | FA |
| 35. TWO MAHOGNEY PIE CRUST TABLES: 8517 PINVIEW RD, SU | 500.00 | 500.00 | | 0.00 | FA |
| 36. THREE PIECE GAME TABLE, 2 WALNUT END TABLES WITH C | 4,000.00 | 2,000.00 | | 0.00 | FA |
| 37. PIANO: 8517 PINEVIEW RD, SUFFOLK, VA- PROPERTY IN | 500.00 | 500.00 | | 0.00 | FA |
| 38. THREE PIECE OAK BEDROOM SET-BED, DRESSER, PRINCESS | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 39. MAHOGANY DEACON'S BENCH & MIRROR: 8517 PINEVIEW RD | 600.00 | 600.00 | | 0.00 | FA |
| 40. CLAW FOOT DRESSER AND MIRROR: 8517 PINEVIEW RD, SU | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 41. FOUR POSTER HINKLE HARRIS BED & TEMPUR-PEDIC MATTR | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 42. MAHOGANY CLAW FOOT DRESSER: 8517 PINEVIEW RD, SUFF | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 43. WALNUT SHAVING STAND: 8517 PINEVIEW RD, V | 600.00 | 600.00 | | 0.00 | FA |
| 44. WINDSOR CHAIR: 8517 PINEVIEW RD, SUFFOLK, VA- PROP | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 45. NORFOLK PLANTATION TABLE: 8517 PINEVIEW RD, SUFFOL | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 46. SONY LCD 29" TELEVISION: 8517 PINEVIEW RD, SUFFOLK | 500.00 | 500.00 | | 0.00 | FA |
| 47. SONY LCD 27" TELEVISION, WIDE SCREEN: 8517 PINEVIE | 500.00 | 500.00 | | 0.00 | FA |
| 48. TOMMY BAHAMA SOFA, TABLE & CHEST: 8517 PINEVIEW RD | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 49. LEATHER CHAIR, WICKER LOVE SEAT, CHAIR & OTTOMAN: | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 50. IMPORTED CHESS SET: 8517 PINEVIEW RD, SUFFOLK, VA- | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 51. TWO OAK HIGH BACK BEDS: 8517 PINEVIEW RD, SUFFOLK, | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 52. OAK LINGERIE CHEST WITH CLAW FEET: 8517 PINEVIEW R | 2,000.00 | 2,000.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No:        08-70717      SCS    Judge: STEPHEN C. ST.JOHN | Trustee Name:          Tom C. Smith, Trustee |
| Case Name:    WALTER, ROBERT MICHAEL | Date Filed (f) or Converted (c):   03/04/08 (f) |
| | 341(a) Meeting Date:   04/03/08 |
| | Claims Bar Date:   09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 53. OAK SERPENTINE DRESSER WITH CLAW FEET: 8517 PINEVI | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 54. 10 SHERATON WALNUT CHAIRS WITH TAPESTRY: 8517 PINE | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 55. OLD SPOON BED: 8517 PINEVIEW RD, SUFFOLK, VA- PROP | 300.00 | 300.00 | | 0.00 | FA |
| 56. SIX PLATES FROM THE 1800 S: 8517 PINEVIEW RD, SUFF | 800.00 | 800.00 | | 0.00 | FA |
| 57. MAHOGANY MUSIC CABINET: 8517 PINEVIEW RD, SUFFOLK, | 400.00 | 400.00 | | 0.00 | FA |
| 58. 1 LOT OF OLD FURNITURE, 30 BOXES OF TOYS, CRYSTAL, | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 59. THREE PIECE WALNUT BEDROOM SUITE, ART DECO: ABC ST | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 60. OAK FIREPLACE MANTEL: 8525 PINEVIEW RD, SUFFOLK, V | 250.00 | 250.00 | | 0.00 | FA |
| 61. OAK RED FARM TABLE: 8525 PINEVIEW RD, SUFFOLK, VA | 300.00 | 300.00 | | 0.00 | FA |
| 62. OAK ICE BOX: 8525 PINEVIEW RD, SUFFOLK, VA (DEBTOR | 300.00 | 300.00 | | 0.00 | FA |
| 63. MAHOGANY SETTEE: 8525 PINEVIEW RD, SUFFOLK, VA (DE | 100.00 | 100.00 | | 0.00 | FA |
| 64. WALNUT CHIFFROBE: 8525 PINEVIEW RD, SUFFOLK, VA (D | 300.00 | 300.00 | | 0.00 | FA |
| 65. MAHOGANY COFFEE TABLE: 8525 PINEVIEW RD, SUFFOLK, | 200.00 | 200.00 | | 0.00 | FA |
| 66. MAHOGANY SINGLE BED WITH FOOTBOARD: 8525 PINEVIEW | 200.00 | 200.00 | | 0.00 | FA |
| 67. MAHOGANY LIBRARY TABLE: 8525 PINEVIEW RD, SUFFOLK, | 300.00 | 300.00 | | 0.00 | FA |
| 68. MAHOGANY WARDROBE: 8525 PINEVIEW RD, SUFFOLK, VA ( | 250.00 | 250.00 | | 0.00 | FA |
| 69. VENDO 83 COKE MACHINE: 8525 PINEVIEW RD, SUFFOLK, | 3,000.00 | 2,450.00 | | 0.00 | FA |
| 70. COKE SIGNS AND MISCELLANEOUS OTHER SIGNS: BARN: 85 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 71. TWO BOXES OF COKE CHRISTMAS ORNAMENTS: 8525 PINEVI | 300.00 | 299.00 | | 0.00 | FA |
| 72. EIGHT OLD WORLD PICTURES: 8517 PINEVIEW ROAD, SUFF | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 73. PICTURE OF GEORGE AND MARTHA WASHINGTON: 8517 PINE | 800.00 | 800.00 | | 0.00 | FA |
| 74. VIOLIN, FRENCH-MADE ANTIQUE: 8517 PINEVIEW RD, SUF | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 75. VIOLIN, FRENCH-MADE ANTIQUE: 8517 PINEVIEW RD, SUF | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 76. SWAN PAINTING: 8517 PINEVIEW RD, SUFFOLK, VA- PROP | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 77. 1 LOT OF REPOSE CHINA, CUT GLASS, ANTIQUE SILVERWA | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 78. 1 LOT OF ANTIQUE PLATES, CHARGERS, CHINA & TUREENS | 2,000.00 | 2,000.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 08-70717 | SCS | Judge: STEPHEN C. ST.JOHN |
| Case Name: | WALTER, ROBERT MICHAEL | | |

| Trustee Name: | Tom C. Smith, Trustee |
| Date Filed (f) or Converted (c): | 03/04/08 (f) |
| 341(a) Meeting Date: | 04/03/08 |
| Claims Bar Date: | 09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 79. DOLL COLLECTION, FIFTY INTERNATIONAL DOLLS: 8517 P | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 80. FIFTY RECORDS INCLUDING WOODSTOCK, JANIS JOPLIN, & | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 81. 1 LOT OF MEN'S WEARING APPAREL (DEBTOR ESTIMATED V | 300.00 | 300.00 | | 0.00 | FA |
| 82. DIAMOND NECKLACE: 8517 PINEVIEW RD, SUFFOLK, VA- P | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 83. DIAMOND WRAP: 8517 PINEVIEW RD, SUFFOLK, VA- PROPE | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 84. DIAMOND BRACELET: 8517 PINEVIEW RD, SUFFOLK, VA- P | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 85. DIAMOND EARRINGS: 8517 PINEVIEW RD, SUFFOLK, VA- P | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 86. DIAMOND RING- SIGNET: 8517 PINEVIEW RD, SUFFOLK, V | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 87. DIAMOND RING, TWO STONES: 8517 PINEVIEW RD, SUFFOL | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 88. 1 LOT OF MISCELLANEOUS JEWELRY & LOOSE DIAMONDS: 8 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 89. BLACK FUR: 8517 PINEVIEW RD, SUFFOLK, VA- PROPERTY | 250.00 | 250.00 | | 0.00 | FA |
| 90. RABBIT FUR: 8517 PINEVIEW RD, SUFFOLK, VA- PROPERT | 500.00 | 500.00 | | 0.00 | FA |
| 91. FOX FUR: 8517 PINEVIEW RD, SUFFOLK, VA- PROPERTY I | 500.00 | 500.00 | | 0.00 | FA |
| 92. DIAMOND BRACELET: 8517 PINEVIEW RD, SUFFOLK, VA- P | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 93. BAUME & MERCIER MEN'S WATCH: 8517 PINEVIEW RD, SUF | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 94. 38 HAND GUN, CHARTER ARMS: 3224 E. OCEAN VIEW AVEN | 100.00 | 100.00 | | 0.00 | FA |
| 95. 2000 CLUB CAR GOLF CART: 8517 PINEVIEW RD, SUFFOLK | 1,800.00 | 1,799.00 | | 0.00 | FA |
| 96. FOOSBALL TABLE, ORIGINAL, FRENCH-MADE: 1200 CHERIT | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 97. BAND SAW: 8525 PINEVIEW RD, SUFFOLK, VA (DEBTOR ES | 200.00 | 199.00 | | 0.00 | FA |
| 98. TABLE SAW: 8525 PINEVIEW RD, SUFFOLK, VA (DEBTOR E | 200.00 | 199.00 | | 0.00 | FA |
| 99. DRILL PRESS: 8525 PINEVIEW RD, SUFFOLK, VA (DEBTOR | 100.00 | 0.00 | | 0.00 | FA |
| 100. NATURAL GAS HEATER: 8525 PINEVIEW RD, SUFFOLK, VA | 300.00 | 299.00 | | 0.00 | FA |
| 101. HONDA 5.5 PUSH MOWER: 8525 PINEVIEW RD, SUFFOLK, V | 200.00 | 200.00 | | 0.00 | FA |
| 102. GO CART: 8525 PINEVIEW RD, SUFFOLK, VA (DEBTOR EST | 200.00 | 200.00 | | 0.00 | FA |
| 103. MISCELLANEOUS HAND TOOLS, CHAINS, AND SAWS: 8525 P | 300.00 | 299.00 | | 0.00 | FA |
| 104. CHAIN SAW: 3224 E. OCEAN VIEW AVENUE, NORFOLK, VA | 100.00 | 50.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   5

Exhibit A

| Case No: | 08-70717   SCS   Judge: STEPHEN C. ST.JOHN |
|---|---|
| Case Name: | WALTER, ROBERT MICHAEL |

| Trustee Name: | Tom C. Smith, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 03/04/08 (f) |
| 341(a) Meeting Date: | 04/03/08 |
| Claims Bar Date: | 09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 105. GAS WEEDEATER: 3224 E. OCEAN VIEW AVENUE, NORFOLK, | 100.00 | 50.00 | | 0.00 | FA |
| 106. COMMONWEALTH FINANCIAL ENGINEERING, POLICY 9325076 | 0.00 | 0.00 | | 0.00 | FA |
| 107. COMMONWEALTH FINANCIAL ENGINEERING, POLICY 8249336 | 1,420.65 | 1,420.65 | | 0.00 | FA |
| 108. BOB WALTER ENTERPRISES, INC. (50% OWNER) 2390 E. L | 1.00 | 1.00 | | 0.00 | FA |
| 109. BOB WALTER AUTOMOTIVE, LLC (100% OWNER) 2390 E. LI | 1.00 | 1.00 | | 0.00 | FA |
| 110. COCONUT PARTNERS, LLC (100% OWNER) 2388 E. LITTLE | 1.00 | 1.00 | | 0.00 | FA |
| 111. MONEY BORROWED BY DEBBIE GAFFNEY, 8517 PINEVIEW RD | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 112. MONEY LOANED TO BRUCE FRAZIER, 1805 MCDOWELL ROAD, | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 113. MONEY BORROWED BY HERBERT MICHAEL YATES TO PAY CHI | 15,678.53 | 15,678.53 | | 0.00 | FA |
| 114. BENEFICIARY OF HERBERT MICHAEL YATES' AG EDWARDS P | 1.00 | 1.00 | | 0.00 | FA |
| 115. 2007 FEDERAL INCOME TAX REFUND/REBATE | Unknown | 0.00 | | 0.00 | FA |
| 116. 2007 VIRGINIA INCOME TAX REFUND | Unknown | 0.00 | | 0.00 | FA |
| 117. 1997 FORD F 350 PICKUP: 3224 E. OCEAN VIEW AVE, NO | 6,000.00 | 3,000.00 | | 0.00 | FA |
| 118. 1997 SILVER STAR TRAILER: 3224 E. OCEAN VIEW AVE, | 4,000.00 | 3,990.00 | | 0.00 | FA |
| 119. 1973 TRIUMPH TR 6: CHESAPEAKE BLVD, NORFOLK, VA, N | 1,000.00 | 990.00 | | 0.00 | FA |
| 120. 1986 ISUZU PICKUP, MILEAGE 124,000: 8517 PINEVIEW | 800.00 | 800.00 | | 0.00 | FA |
| 121. 2004 HONDA CIVIC, MILEAGE 54,000: 8517 PINEVIEW RD | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 122. 1999 JEEP, MILEAGE 250,000, EASTERN SHORE REPAIR S | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 123. 1986 AQUA SPORT 27': BAY POINT MARINA, 9500 30 TH | 9,500.00 | 9,500.00 | | 0.00 | FA |
| 124. OXYGEN/ACYETALENE TORCH SET AND TANKS, 8517 PINEVI | 200.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   6

Exhibit A

| Case No: | 08-70717   SCS   Judge: STEPHEN C. ST.JOHN |
| Case Name: | WALTER, ROBERT MICHAEL |

| Trustee Name: | Tom C. Smith, Trustee |
| Date Filed (f) or Converted (c): | 03/04/08 (f) |
| 341(a) Meeting Date: | 04/03/08 |
| Claims Bar Date: | 09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 125. RANGER 8 GENERATOR/ WELDER: 8517 PINEVIEW RD, SUFF | 800.00 | 400.00 | | 0.00 | FA |
| 126. RALPH HARRIS SHOW SADDLE, HALTER & BRIDLE: 8517 PI | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 127. SHOW HALTER: 8517 PINEVIEW RD, SUFFOLK, VA- PROPER | 500.00 | 500.00 | | 0.00 | FA |
| 128. SKEETER WORK SADDLE: 8517 PINEVIEW RD, SUFFOLK, VA | 500.00 | 500.00 | | 0.00 | FA |
| 129. TACK BOX, 4'X 4'X 8': 8517 PINEVIEW RD, SUFFOLK, V | 500.00 | 500.00 | | 0.00 | FA |
| 130. STALL MATS: 8517 PINEVIEW RD, SUFFOLK, VA- PROPERT | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 131. COBIN ENGLISH SADDLE: 8517 PINEVIEW RD, SUFFOLK, V | 500.00 | 500.00 | | 0.00 | FA |
| 132. 1 LOT OF SNAP-ON WRENCHES, SOCKETS, AND HAND TOOLS | 5,000.00 | 0.00 | | 0.00 | FA |
| 133. VOODOO ROCKET BAR, APPALOOSA HORSE CLUB: 8517 PINE | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 134. WHATA FANCY SKIP, REGISTERED AMERICAN QUARTER HORS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 135. TOTALS GI GI, REGISTERED AMERICAN QUARTER HORSE: 8 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 136. GLORIOUS CLU, REGISTERED AMERICAN QUARTER HORSE: 8 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 137. PONY: 8517 PINEVIEW RD, SUFFOLK, VA- PROPERTY IN T | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 138. RR SLIPPIN STARETTE: REGISTERED AMERICAN QUARTER H | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 139. COOCHIE COOSA: REGISTERED AMERICAN QUARTER HORSE: | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 140. SHESA CLASSY LEAGUER, REGISTERED AMERICAN QUARTER | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 141. 12 ACRES OF PINE TREES, 8517 PINEVIEW RD, SUFFOLK, | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 142. JOHN DEERE- JD 300 1972: 8517 PINEVIEW RD, SUFFOLK | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 143. 6' BUSH HOG FINISHING MOWER: 8517 PINEVIEW RD, SUF | 800.00 | 800.00 | | 0.00 | FA |
| 144. 5' WOODS BUSH HOG: 8517 PINEVIEW RD, SUFFOLK, VA- | 800.00 | 800.00 | | 0.00 | FA |
| 145. 6' BOX BLADE: 8517 PINEVIEW RD, SUFFOLK, VA- PROPE | 300.00 | 300.00 | | 0.00 | FA |
| 146. THREE POINT AUGER/ POST HOLE WITH TWO BITS: 8517 P | 300.00 | 300.00 | | 0.00 | FA |
| 147. 6' RAKE, HOMEMADE: 8517 PINEVIEW RD, SUFFOLK, VA- | 200.00 | 200.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 08-70717 | SCS | Judge: STEPHEN C. ST.JOHN |
| Case Name: | WALTER, ROBERT MICHAEL | | |

| Trustee Name: | Tom C. Smith, Trustee |
| Date Filed (f) or Converted (c): | 03/04/08 (f) |
| 341(a) Meeting Date: | 04/03/08 |
| Claims Bar Date: | 09/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 148. THREE POINT SPREADER: 8517 PINEVIEW RD, SUFFOLK, V | 300.00 | 300.00 | | 0.00 | FA |
| 149. 5' FRAIL MOWER, WOODS: 8517 PINEVIEW RD, SUFFOLK, | 300.00 | 300.00 | | 0.00 | FA |
| 150. 6' FRAIL MOWER: 8517 PINEVIEW RD, SUFFOLK, VA- PRO | 200.00 | 200.00 | | 0.00 | FA |
| 151. 6' FERGUSON DISK: 8517 PINEVIEW RD, SUFFOLK, VA- P | 200.00 | 200.00 | | 0.00 | FA |
| 152. TWO BOTTOM PLOWS: 8517 PINEVIEW RD, SUFFOLK, VA- P | 150.00 | 150.00 | | 0.00 | FA |
| 153. ROUND BALE SPIKE: 8517 PINEVIEW RD, SUFFOLK, VA- P | 75.00 | 75.00 | | 0.00 | FA |
| 154. LIFT BOOM: 8517 PINEVIEW RD, SUFFOLK, VA- 3224 E. | 75.00 | 75.00 | | 0.00 | FA |
| 155. TORO 2 MOWER 62" CUT: 8517 PINEVIEW RD, SUFFOLK, V | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 156. PRYO TECK FLY SPRAY: 8517 PINEVIEW RD, SUFFOLK, VA | 700.00 | 700.00 | | 0.00 | FA |
| 157. 1963 TRAILER WITH SIDES: 8517 PINEVIEW RD, SUFFOLK | 400.00 | 400.00 | | 0.00 | FA |
| 158. POTENTIAL INHERITANCE | 1.00 | 0.00 | | 0.00 | FA |
| 159. Post-Petition Interest Deposits (u) | Unknown | N/A | | 16.59 | Unknown |
| 160. Refund-overpayment of real estate taxes (u)   Asset deleted entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 161. 1113 Clay Street, Franklin, VA (u)   Asset deleted, the property is in the wife's name Susan Walter Case No. 08-70709 only | 0.00 | 0.00 | | 0.00 | FA |
| 162. 0 Pineview Road, Suffolk, VA (u)   Undeveloped Lot 4.6 acres | 0.00 | 45,000.00 | | 22,500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,208,166.45 | $647,277.18 | | $200,016.59 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 08-70717 | SCS | Judge: STEPHEN C. ST.JOHN | |
| Case Name: | WALTER, ROBERT MICHAEL | | | |

| | |
|---|---|
| Trustee Name: | Tom C. Smith, Trustee |
| Date Filed (f) or Converted (c): | 03/04/08 (f) |
| 341(a) Meeting Date: | 04/03/08 |
| Claims Bar Date: | 09/08/09 |

The trustee has sold real estate (8517 Pineview and 0 Pineview) owned by the debtor and his wife Susan Walter Case No. 08-70709

8/11/13 TFR emailed to UST.

5/15/13 Motion to Employ Barry Strickland as accountant filed.

5/16/13 Order to Employ Barry Strickland submitted via bops for entry.

5/21/13 Copy of entered Order to Employ emailed to Barry Strickland along with forms 1 and 2 to prepare tax returns.

5/20/13 Order entered to Employ Barry Strickland

5/14/13 Application to employ Barry Strickland to prepare tax returns filed

6/6/12 hrg cancelled by trustee

5/7/12 hrg set for 6/7/12 @ 10:00 for response to claim objection #4

5/7/12 Order disallowing claim #2 entered

5/4/12 Order disallowing claims 3, 8, 20, 1 entered

4/24/12Reponse filed to objection #4 Bank of Hampton Roads

3/30/12 Objection to claims #1, 2, 3, 4, 8, and 20 filed, waiting for 30 day objection period to expire

2/23/10 Order Granting Motion entered

2/18/10 Hrg held motion granted

12/10/09 Motion to Withdraw debtor's counsel filed

6/5/09 Asset notice requested, waiting for time to expire to file claims, will file the necessary objections if any.

3/31/09 Order approving sale

3/3/09 Motion to Approve sale of 8517 Pineview filed with court, waiting for 20 day objection period to expire

071709 Motion to Sell 0 Pineview filed, waiting for 20 days objection period to expire

12/16/08 Order granting MFR

11/4/08 Order granting application to employ Scott and Associates

10/30/08 Application to Employ Scott & Associates to sell 8517 and 8525 Pineview Road

10/14/08 hrg held on MFR, motion settled

9/2/08 Hrg held,  final hrg set, Zemanian to waive 30 days

Hrg set for 9/4/08 @ 9:30 am, hrg date request amended to 9/2/08 @ 9:30

8/6/08 Motion for Relief filed by Bank of Hampton Roads

Initial Projected Date of Final Report (TFR): 12/31/08          Current Projected Date of Final Report (TFR): 09/30/13

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      9

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 08-70717    SCS    Judge: STEPHEN C. ST.JOHN | Trustee Name: | Tom C. Smith, Trustee |
| Case Name: | WALTER, ROBERT MICHAEL | Date Filed (f) or Converted (c): | 03/04/08 (f) |
| | | 341(a) Meeting Date: | 04/03/08 |
| | | Claims Bar Date: | 09/08/09 |

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-70717 -SCS | Trustee Name: | Tom C. Smith, Trustee |
| Case Name: | WALTER, ROBERT MICHAEL | Bank Name: | VIRGINIA HERITAGE |
| | | Account Number / CD #: | *******0684 Checking |
| Taxpayer ID No: | *******2911 | | |
| For Period Ending: | 08/11/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/12 | | Trsf In From Bank of America, N.A | INITIAL WIRE TRANSFER IN | 9999-000 | 31,312.14 | | 31,312.14 |
| 02/07/13 | | Virginia Heritage | BANK FEES | 2600-000 | | 33.24 | 31,278.90 |
| 03/07/13 | | VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 30.00 | 31,248.90 |
| 04/05/13 | | VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 33.18 | 31,215.72 |
| 05/07/13 | | VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 32.08 | 31,183.64 |
| 06/07/13 | | VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 33.11 | 31,150.53 |
| 07/08/13 | | VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 32.01 | 31,118.52 |
| 08/07/13 | | VIRGINIA HERITAGE | BANK SERVICE FEE | 2600-000 | | 33.04 | 31,085.48 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 31,312.14 | 226.66 | 31,085.48 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 31,312.14 | 0.00 | |
| | | Subtotal | 0.00 | 226.66 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 226.66 | |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Ver: 17.02e

**FORM 2**

Page:   2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-70717 -SCS |
| Case Name: | WALTER, ROBERT MICHAEL |
| Taxpayer ID No: | *******2911 |
| For Period Ending: | 08/11/13 |

| | |
|---|---|
| Trustee Name: | Tom C. Smith, Trustee |
| Bank Name: | Bank of America, N.A |
| Account Number / CD #: | *******6268  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/04/09 | | Ferguson, Rawls & Raines, P.C. | Sale of Real Estate | | 10,229.20 | | 10,229.20 |
| | | | Sale of debtor's 1/2 interest in real estate owned | | | | |
| | | | jointly with debtor, Susan Walter Case No. 08-70709 | | | | |
| | | | located at 8517 Pineview Road, Suffolk, VA | | | | |
| | 1 | | Memo Amount:         177,658.61 | 1110-000 | | | |
| | | | Less 1/2 Gross Proceeds | | | | |
| | | | Memo Amount:     (      5,650.00 ) | 3510-000 | | | |
| | | | Less 1/2 Real Estate Commission | | | | |
| | | | Memo Amount:     (        46.50 ) | 2500-000 | | | |
| | | | Less 1/2 Lien Release Verification | | | | |
| | | | Memo Amount:     (       112.50 ) | 2500-000 | | | |
| | | | Less 1/2 Prep of Cert/Satisfaction | | | | |
| | | | Memo Amount:     (        52.50 ) | 2500-000 | | | |
| | | | Less 1/2 Payoff Tracking Fee | | | | |
| | | | Memo Amount:     (     67,240.69 ) | 4110-000 | | | |
| | | | Less 1/2 1st Mtg. Wells Fargo | | | | |
| | | | Memo Amount:     (     52,500.00 ) | 4110-000 | | | |
| | | | Less 1/2 2nd Mtg. Bank of Hampton Roads | | | | |
| | | | Memo Amount:     (     35,760.21 ) | 4110-000 | | | |
| | | | Less 1/2 3rd Mtg VB Fed. CU | | | | |
| | | | Memo Amount:     (      5,000.00 ) | 2500-000 | | | |
| | | | Less 1/2 Deposits retained by broker | | | | |
| | | | Memo Amount:     (       177.50 ) | 4700-000 | | | |
| | | | Less 1/2 Grantors Tax | | | | |
| | | | Memo Amount:     (        37.50 ) | 2500-000 | | | |
| | | | Less 1/2 UPS pkg & 3 payoffs | | | | |

| | | |
|---|---|---|
| Page Subtotals | 10,229.20 | 0.00 |

FOR FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-70717 -SCS | | | Trustee Name: | Tom C. Smith, Trustee |
|---|---|---|---|---|---|
| Case Name: | WALTER, ROBERT MICHAEL | | | Bank Name: | Bank of America, N.A |
| | | | | Account Number / CD #: | *******6268  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2911 | | | | |
| For Period Ending: | 08/11/13 | | | Blanket Bond (per case limit): | $  2,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Storwater Taxes | | | | |
| | | | Memo Amount:      (        852.01 ) | 4700-000 | | | |
| | | | Pay June 09 RE and SW Taxes | | | | |
| 06/30/09 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.19 | | 10,229.39 |
| 07/01/09 | | Ferguson, Rawls & Raines P.C. | SEE NOTES | 4700-000 | | -852.01 | 11,081.40 |
| | | | Refund of real estate taxes for June 2009 paid at | | | | |
| | | | closing for sale of 8517 Pineview Road, Suffolk, VA | | | | |
| 07/31/09 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,081.68 |
| 08/31/09 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,081.96 |
| 09/30/09 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.27 | | 11,082.23 |
| 10/30/09 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.27 | | 11,082.50 |
| 11/30/09 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,082.78 |
| 12/22/09 | | Ferguson Rawls & Raines P.C. | Sale of Real Estate | | 20,555.47 | | 31,638.25 |
| | | | Sale of debtor's 1/2 interest in real estate | | | | |
| | | | (undeveloped lot 4.6 acres) owned jointly with debtor, | | | | |
| | | | Susan Walter, Case No. 08-70709 located at 0 | | | | |
| | | | Pineview Road, Suffolk, Va. | | | | |
| | 162 | | Memo Amount:          22,520.02 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Memo Amount:      (      1,350.00 ) | 3510-000 | | | |
| | | | Real Estate Commissions | | | | |
| | | | Memo Amount:      (        592.05 ) | 4700-000 | | | |
| | | | Delinquent R/E Taxes | | | | |
| | | | Memo Amount:      (          22.50 ) | 2500-000 | | | |
| | | | Grantors Tax | | | | |
| 12/31/09 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.33 | | 31,638.58 |
| 01/29/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.80 | | 31,639.38 |
| 02/26/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.73 | | 31,640.11 |
| 03/31/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.81 | | 31,640.92 |

Page Subtotals        20,559.71        -852.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 08-70717 -SCS | | Trustee Name: | Tom C. Smith, Trustee |
|---|---|---|---|---|
| Case Name: | WALTER, ROBERT MICHAEL | | Bank Name: | Bank of America, N.A |
| | | | Account Number / CD #: | *******6268  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2911 | | | |
| For Period Ending: | 08/11/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.78 | | 31,641.70 |
| 05/28/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.80 | | 31,642.50 |
| 06/30/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,643.29 |
| 07/30/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.80 | | 31,644.09 |
| 08/31/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.81 | | 31,644.90 |
| 09/30/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.78 | | 31,645.68 |
| 10/29/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.80 | | 31,646.48 |
| 11/30/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.78 | | 31,647.26 |
| 12/31/10 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.81 | | 31,648.07 |
| 01/31/11 | 159 | Bank of America, N.A | Interest Rate  0.030 | 1270-000 | 0.81 | | 31,648.88 |
| 02/28/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.24 | | 31,649.12 |
| 03/31/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.27 | | 31,649.39 |
| 04/29/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.25 | | 31,649.64 |
| 05/31/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.28 | | 31,649.92 |
| 06/30/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.26 | | 31,650.18 |
| 07/29/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.26 | | 31,650.44 |
| 08/31/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.28 | | 31,650.72 |
| 09/30/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.26 | | 31,650.98 |
| 10/31/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.27 | | 31,651.25 |
| 10/31/11 | | Bank of America, N.A | BANK SERVICE FEE | 2600-000 | | 40.32 | 31,610.93 |
| 11/30/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.26 | | 31,611.19 |
| 11/30/11 | | Bank of America, N.A | BANK SERVICE FEE | 2600-000 | | 38.97 | 31,572.22 |
| 12/30/11 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.26 | | 31,572.48 |
| 12/30/11 | | Bank of America, N.A | BANK SERVICE FEE | 2600-000 | | 38.92 | 31,533.56 |
| 01/31/12 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.28 | | 31,533.84 |
| 01/31/12 | | Bank of America, N.A | BANK SERVICE FEE | 2600-000 | | 41.36 | 31,492.48 |
| 02/29/12 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.25 | | 31,492.73 |
| 02/29/12 | | Bank of America, N.A | BANK SERVICE FEE | 2600-000 | | 37.43 | 31,455.30 |

| | | | | Page Subtotals | 11.38 | 197.00 | |

FORM 2                                                                                          Page:   5
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-70717 -SCS | Trustee Name: | Tom C. Smith, Trustee |
|---|---|---|---|
| Case Name: | WALTER, ROBERT MICHAEL | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6268  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2911 | | |
| For Period Ending: | 08/11/13 | Blanket Bond (per case limit): | $  2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.26 | | 31,455.56 |
| 03/30/12 | | Bank of America, N.A | BANK SERVICE FEE | 2600-000 | | 38.67 | 31,416.89 |
| 04/30/12 | 159 | Bank of America, N.A | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 31,417.16 |
| 04/30/12 | | Bank of America, N.A | BANK SERVICE FEE | 2600-000 | | 39.91 | 31,377.25 |
| 05/31/12 | 159 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.27 | | 31,377.52 |
| 05/31/12 | | Bank of America, N.A | BANK SERVICE FEE | 2600-000 | | 39.86 | 31,337.66 |
| 06/21/12 | 159 | Bank of America, N.A | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 31,337.83 |
| 06/21/12 | | Bank of America, N.A | BANK FEES | 2600-000 | | 25.69 | 31,312.14 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 06/21/12 | | Trsf To VIRGINIA HERITAGE | FINAL TRANSFER | 9999-000 | | 31,312.14 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 200,178.63 | | COLUMN TOTALS | | 30,801.26 | 30,801.26 | 0.00 |
| Memo Allocation Disbursements: | 169,393.96 | | Less: Bank Transfers/CD's | | 0.00 | 31,312.14 | |
| | | | Subtotal | | 30,801.26 | -510.88 | |
| Memo Allocation Net: | 30,784.67 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 30,801.26 | -510.88 | |

|  |  |  | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 200,178.63 | | NET DEPOSITS | NET DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 169,393.96 | TOTAL - ALL ACCOUNTS | | | |
| | | Checking - *******0684 | 0.00 | 226.66 | 31,085.48 |
| Total Memo Allocation Net: | 30,784.67 | Money Market Account (Interest Earn - *******6268 | 30,801.26 | -510.88 | 0.00 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| | | | 30,801.26 | -284.22 | 31,085.48 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | | Transfers) | To Debtors) | On Hand |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.97 | 31,456.27 |

FORM 2                                                                                                      Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-70717 -SCS | Trustee Name: | Tom C. Smith, Trustee |
| Case Name: | WALTER, ROBERT MICHAEL | Bank Name: | Bank of America, N.A |
| | | Account Number / CD #: | *******6268  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2911 | | |
| For Period Ending: | 08/11/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

| Page 1 | EXHIBIT C | Date: August 15, 2013 |
| | ANALYSIS OF CLAIMS REGISTER | |

Case Number:   08-70717
Debtor Name:   WALTER, ROBERT MICHAEL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000022 001 3310-00 | Barry Strickland and Company 9410 Atlee Commerce Blvd. Ashland, VA  23005 | Administrative | | $906.25 | $0.00 | $906.25 |
| 000023 001 3320-00 | Barry Strickland & Company 9410 Atlee Commerce Blvd. Ashland, VA  23005 | Administrative | | $3.50 | $0.00 | $3.50 |
| 000002 070 7100-00 | Virginia Beach Schools Federal Credit Union 3701 Bonney Road Virginia Beach, VA 23452 | Unsecured | (2-1) lng CLAIM IS DISALLOWED PER ORDER ENTERED ON 5/7/13 DOCKET NO. 68.  CLAIM APPEARS TO BE A DUPLICATE OF CLAIM #16 | $0.00 | $0.00 | $0.00 |
| 000004 070 7100-00 | Bank of Hampton Roads c/o Peter G. Zemanian, Esq. 150 Boush Street, Suite 600 Norfolk, VA 23510 | Unsecured | (4-2) amended claim (4-1) lng(4-2) reflects (i) postpetition credit from collateral disposition and (ii) new mailing address // mkj | $121,380.50 | $0.00 | $121,380.50 |
| 000005 070 7100-00 | Waste Industries c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, MD 21094 | Unsecured | (5-1) lng | $781.92 | $0.00 | $781.92 |
| 000006 070 7100-00 | The Spectra Group, Inc. 563 Central Drive Virginia Beach, VA 23454-5228 | Unsecured | (6-1) lng | $3,854.00 | $0.00 | $3,854.00 |
| 000007 070 7100-00 | Marcus, Crowley & Liberatore 1435 Crossways Blvd, Suite 300 Chesapeake, VA 23320-0000 | Unsecured | (7-1) Professional Services (7-1) lng | $1,447.50 | $0.00 | $1,447.50 |
| 000008 070 7100-00 | The Spectra Group, Inc. 563 Central Drive Virginia Beach, VA 23454-5228 | Unsecured | (8-1) lng CLAIM IS DISALLOWED PER ORDER ENTERED ON 5/4/12.  CLAIM APPEARS TO BE A DUPLICATE OF CLAIM #6 | $0.00 | $0.00 | $0.00 |
| 000009 070 7100-00 | Idearc Media Corp 5601 Executive Drive Irving, TX 75038 | Unsecured | (9-1) kk | $408.00 | $0.00 | $408.00 |
| 000010 070 7100-00 | Nordstrom fsb PO Box 6566 Englewood, CO 80155 | Unsecured | (10-1) lng | $442.47 | $0.00 | $442.47 |
| 000011 070 7100-00 | U.S. Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | (11-1) unsecured credit card (11-1) vg | $1,555.62 | $0.00 | $1,555.62 |

Page 2

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

Date: August 15, 2013

Case Number:   08-70717
Debtor Name:   WALTER, ROBERT MICHAEL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | American Express Travel Related Services Co Inc Corp Card c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured (12-1) KK | | $16,347.88 | $0.00 | $16,347.88 |
| 000013 070 7100-00 | James E. Rainey, PLC P.O. Box 775 506 N. Main Street Franklin, VA 23851-0000 | Unsecured (13-1) KK | | $15,927.84 | $0.00 | $15,927.84 |
| 000014 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured (14-1) lng | | $5,467.61 | $0.00 | $5,467.61 |
| 000015 070 7100-00 | Virginia Beach Schools Federal Credit Union 3701 Bonney Road Virginia Beach, VA 23452 | Unsecured (15-1) lng | | $1,370.18 | $0.00 | $1,370.18 |
| 000016 070 7100-00 | Virginia Beach Schools Federal Credit Union 3701 Bonney Road Virginia Beach, VA 23452 | Unsecured (16-1) lng | | $15,019.30 | $0.00 | $15,019.30 |
| 000017 070 7100-00 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK VA 23541 | Unsecured (17-1) lng | | $27,049.23 | $0.00 | $27,049.23 |
| 000018 070 7100-00 | Tiger Fuel Company c/o Donald C. Schultz, Esq. Crenshaw, Ware & Martin, P.L.C. 1200 Bank of America Center Norfolk, Virginia 23510 | Unsecured (18-1) sw | | $147,791.37 | $0.00 | $147,791.37 |
| 000019 070 7100-00 | Northeast Verizon Wireless PO Box 3397 Bloomington, IL 61702 | Unsecured (19-1) 3359 (19-1) lng | | $603.44 | $0.00 | $603.44 |
| 000021 070 7100-00 | Bank of the Commonwealth c/o Alex T. Mayo, Jr. 555 E. Main Street, 14th Fl. Norfolk, Virginia 23510 | Unsecured (21-1) Appraisal Fee (21-1) 2388 E. Little Creek Road, Norfolk, Virginia/ lng | | $1,000.00 | $0.00 | $1,000.00 |
| 000001 050 4210-00 | Virginia Beach Schools Federal Credit Union 3701 Bonney Road Virginia Beach, VA 23452 | Secured (1-1) lng | | $0.00 | $0.00 | $0.00 |

CLAIM IS DISALLOWED PER ORDER ENTERED 5/4/12 DOCKET NO. 63.  TRUSTEE DID NOT ADMINISTER THE COLLATERAL THAR PROVIDES SECURITY FOR THE DEBT.

<table>
<tr><td>Page 3</td><td colspan="2" align="center">EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER</td><td>Date: August 15, 2013</td></tr>
</table>

| | |
|---|---|
| Case Number: | 08-70717 |
| Debtor Name: | WALTER, ROBERT MICHAEL |

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003<br>050<br>4110-00 | Virginia Beach Schools Federal Credit Union<br>3701 Bonney Road<br>Virginia Beach, VA 23452 | Secured<br>(3-1) lng | | $0.00 | $0.00 | $0.00 |
| | | | CLAIM IS DISALLOWED PER ORDER ENTERED ON 5/4/13 DOCKET NO. 60.  TRUSTEE DID NOT ADMINISTER THE COLLATERAL THAT PROVIDES SECURITY FOR THE DEBT. | | | |
| 000020<br>050<br>4210-00 | Little Creek Partners Limited Partnership<br>c/o Christian K. Vogel<br>Riverfront Plaza, E. Tower<br>951 E. Byrd Street<br>Richmond, VA 23219 | Secured<br>(20-1) lng | | $0.00 | $0.00 | $0.00 |
| | | | CLAIM IS DISALLOWED PER ORDER ENTERED ON 5/4/12.  TRUSTEE DID NOT ADMINISTER THE COLLATERAL THAT PROVIDES SECURITY FOR THE DEBT. | | | |
| | Case Totals: | | | $361,356.61 | $0.00 | $361,356.61 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-70717 SCS
Case Name: WALTER, ROBERT MICHAEL
Trustee Name: Tom C. Smith, Trustee

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Virginia Beach Schools Federal Credit Union | $ | $ | $ | $ |
| 000003 | Virginia Beach Schools Federal Credit Union | $ | $ | $ | $ |
| 000020 | Little Creek Partners Limited Partnership | $ | $ | $ | $ |

Total to be paid to secured creditors                    $_____

Remaining Balance                                        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Tom C. Smith, Trustee | $ | $ | $ |
| Trustee Expenses: Tom C. Smith, Trustee | $ | $ | $ |
| Accountant for Trustee Fees: Barry Strickland and Company | $ | $ | $ |
| Other: Barry Strickland & Company | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Virginia Beach Schools Federal Credit Union | $ | $ | $ |
| 000004 | Bank of Hampton Roads | $ | $ | $ |
| 000005 | Waste Industries | $ | $ | $ |
| 000006 | The Spectra Group, Inc. | $ | $ | $ |
| 000007 | Marcus, Crowley & Liberatore | $ | $ | $ |
| 000008 | The Spectra Group, Inc. | $ | $ | $ |
| 000009 | Idearc Media Corp | $ | $ | $ |
| 000010 | Nordstrom fsb | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | U.S. Bank N.A. | $ | $ | $ |
| 000012 | American Express Travel Related Services Co Inc | $ | $ | $ |
| 000013 | James E. Rainey, PLC | $ | $ | $ |
| 000014 | American Express Bank FSB | $ | $ | $ |
| 000015 | Virginia Beach Schools Federal Credit Union | $ | $ | $ |
| 000016 | Virginia Beach Schools Federal Credit Union | $ | $ | $ |
| 000017 | PRA Receivables Management, LLC | $ | $ | $ |
| 000018 | Tiger Fuel Company | $ | $ | $ |
| 000019 | Northeast Verizon Wireless | $ | $ | $ |
| 000021 | Bank of the Commonwealth | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be         percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE